■ LILLIAN GOODRIDGE (MOORE), Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order unanimously reversed on the law and facts and a new trial granted, without costs of this appeal to either party. Memorandum: The verdict of the jury was against the weight of the credible evidence. (Appeal from judgment of Niagara Trial Term in favor of plaintiff in an action for damages for personal injuries sustained because of a fall on an allegedly defective sidewalk; also appeal from order denying a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JOHN WARD, Appellant.— Order unanimously reversed and matter remitted to Niagara Supreme Court for a hearing and determination in accordance with memorandum. Memorandum: In this appeal from a denial, without a hearing, of his application for a writ of error coram nobis, defendant asserts various grounds in his petition. We find that none of his claims can be raised in coram nobis (People v. Howard, 12 N Y 2d 65) except his assertion that he was entitled to a hearing on the voluntariness of statements he made. These statements were used as evidence at the trial and defendant's objections as to their voluntariness were overruled. Furthermore, the Trial Judge charged the jury as to the law concerning the voluntariness of statements and confessions. Under these circumstances the matter must be remitted for a complete hearing before the Niagara Supreme Court, without a jury, as to all matters relating to the voluntariness of the statements and confessions (People v. Huntley, 15 N Y 2d 72). The hearing should be limited solely to this question. (Appeal from order of Supreme Court, Niagara County, denying without a hearing, motion to vacate a judgment of conviction for manslaughter, first degree, rendered March 30, 1955.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ In the Matter of the Claim of GAIL AGNELLO, an Infant, by Her Parent and Natural Guardian, NICHOLAS AGNELLO, et al., Respondents, v. EAST IRONDEQUOIT CENTRAL SCHOOL DISTRICT No. 1 et al., Appellants.— Appeal unanimously dismissed, without costs. Memorandum: The order from which the so-called appellants seek to appeal was entered upon a default and therefore is not an appealable order. (See CPLR 5511.) (Appeal from part of order of Monroe Special Term permitting serving of late notices of claim.) Present — Williams, P. J., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIS EDWARD GRIFFIN, Appellant.— Order unanimously affirmed, without prejudice to the right of appellant to make a new application for coram nobis relief consistent with People v. Huntley (15 N Y 2d 72). (Appeal from order of Orleans County Court denying, following a hearing, motion to vacate a judgment of conviction for grand larceny, first degree, rendered April 11, 1961.) Present — Williams, P. J., Goldman, Henry, Noonan and Del Vecchio, JJ.